# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>vs.<br><br>MANH VAN PHAM,<br>　　Defendant.<br><br>　　and<br><br>INTERBANK,<br>and its successors or assigns,<br>　　Garnishee. | Case No. CR-01-42-R |

## ORDER

Defendant Manh Van Pham filed an Exemption to a Post-Judgment Continuing Writ of Garnishment to Garnishee, Interbank, [Doc. 23]. The Government filed a response and amended response [Docs. 24 and 25]. Pursuant to 28 U.S.C. § 636(b)(3), the matter was referred to Magistrate Judge Gary M. Purcell for review. On June 3, 2022, Judge Purcell issued a Report and Recommendation [Doc. 27], wherein he recommended that Plaintiff's Claim of Exemption be denied. Defendant filed a letter [Doc. 29], which the Court construes as his objection to the Report and Recommendation, stating that he was informed he had to pay 10% of his gross income, that he agreed to do so, and that he would pay whatever the guideline was, but sought "to go back to way it should be." The Government responded [Doc. 30], noting its duty to maximize recovery of restitution and the upcoming expiration of the Government's ability to collect on the judgment on October 31, 2022. Having considered the Report and Recommendation, Defendant's objection and the

Government's response, the Court finds that the Report and Recommendation should be ADOPTED in its entirety and that Defendant's Claim of Exemption and Request for Hearing [Doc. 23] is hereby denied.

IT IS SO ORDERED this 30th day of June 2022.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE